United States District Court
Southern District of Texas
ENTERED
FEB - 7 2013
David J. Bradley, Clerk of Court

United States District Court
Southern District of Texas
FILED
FEB 0 7 2013
David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CRIMINAL NO. **B-12-757** |
| **Cesar Antonio Perez-Hernandez** | § | |

## ORDER

BE IT REMEMBERED on this __7__ day of __February__, 2013, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed **October 19, 2012**, wherein the defendant **Cesar Antonio Perez-Hernandez** waived appearance before this Court and appeared before the United States Magistrate Judge **Felix Recio** for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant **Cesar Antonio Perez-Hernandez** to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted. The Court finds the Defendant **Cesar Antonio Perez-Hernandez guilty of the offense of alien unlawfully found in the United States after deportation, having been convicted of a felony**, in violation of 8 U.S.C. § 1326(a) and (b)(1).

SIGNED this the __7__ day of __February__, 2013.

Hilda G. Tagle
Senior United States District Judge